HAYNES AND BOONE, LLP
Kenneth G. Parker/Bar No. 182911
   kenneth.parker@haynesboone.com
Andrea Levenson/Bar No. 323926
   andrea.levenson@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, CA 92626
Telephone: (949) 202-3000
Facsimile: (949) 202-3001

Attorneys for Defendant
NATIONAL JUNIOR BASKETBALL LEAGUE, and DENNIS MURPHY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SCORE-RIGHT PUBLISHING, LLC, a California limited liability corporation,<br><br>       Plaintiff,<br><br>vs.<br><br>NATIONAL JUNIOR BASKETBALL LEAGUE, a non-profit Corporation, and DENNIS MURPHY, an individual,<br><br>       Defendants. | CASE NO. 8:19-cv-01604-JLS-KES<br><br>Honorable Josephine L. Staton<br>Courtroom: 10A<br><br>**AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)**<br><br>[Memorandum of Points and Authorities (Docket No. 14); and [Proposed] Order (Docket No. 14-1), Previously Filed, Served and Lodged Concurrent with Original Notice]<br><br>Date: January 10, 2020<br>Time: 10:30 a.m.<br>Courtroom: 10A |

**TO THE HONORABLE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, on January 10, 2020, at 10:30 a.m. in Courtroom 10A of the United States District Court, Central District of California, Southern Division, located at 411 West 4th Street, Santa Ana, CA 92701-4516, Defendants National Junior Basketball League ("NJB") and Dennis Murphy ("Murphy") (collectively "Defendants") will and hereby does move this Court for an order dismissing all claims asserted by Plaintiff Score-Right Publishing, LLC ("Score-Right" or "Plaintiff") against Defendants in Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state claims upon which relief can be granted. In its complaint for copyright infringement based on alleged copying of blank basketball scoresheets, Plaintiff has completely failed to identify original, copyrighted material that NJB or Murphy copied, and thus has failed to meet the specificity requirements required by law.

This Motion is made following the conference of counsel pursuant to L.R.7-3 which took place on October 15, 2019, and it is brought pursuant to Federal Rules of Civil Procedure 7 and 12(b)(6). The Motion is based on this Notice, the Memorandum of Points and Authorities (Docket No. 14) previously filed, served, and lodged concurrently with the Original Notice, the papers, pleadings, and records on file herein, including, without limitation, the Complaint, and on such other and further evidence as may be presented at or before the hearing on this matter.

DATED: October 22, 2019                    HAYNES AND BOONE, LLP

By: /s/ *Kenneth G. Parker*
Kenneth G. Parker
Attorneys for Defendants
NATIONAL JUNIOR
BASKETBALL LEAGUE, and
DENNIS MURPHY

**CERTIFICATE OF SERVICE**

 I hereby certify that on October 22, 2019, I filed the foregoing document: **AMENDED NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. 12(b)(6)** with the Court through this district's CM/ECF system.

 Pursuant to Local Rule 5-3.3, the "Notice of Electronic Filing" automatically generated by the CM/ECF at the time the document is filed with the system constitutes automatic service of the document on counsel of record who have consented to electronic service.

         */s/ Soumya Tadinada*
         Soumya Tadinada