# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SCORE-RIGHT PUBLISHING, LLC, a California limited liability corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DENNIS MURPHY, an individual; NATIONAL JUNIOR BASKETBALL LEAGUE, a non-profit Corporation and DOES 1 through 10;<br><br>　　　　Defendants. | CASE NO. 8:19-cv-01604-JLS-KES<br><br>Honorable Josephine L. Staton<br>Courtroom: 10A<br><br>**ORDER DISMISSING ENTIRE CASE WITH PREJUDICE** |

**ORDER**

The Court, having reviewed the foregoing Stipulation, and good cause appearing therefor:

IT IS HEREBY ORDERED that Case No. 8:19-cv-01604-JLS-KES is dismissed with prejudice in its entirety, with each party to bear their own costs and attorneys' fees.

Dated: 04/30/2020

_____
JOSEPHINE L. STATON
HON. JOSEPHINE L. STATON
JUDGE OF THE UNITED STATES
DISTRICT COURT